**IN RE H.N.D.**

[364 N.C. 597 (2010)]

IN THE MATTER OF H.N.D.

(Filed 20 December 2010)

No. 359A10

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 696 S.E.2d 783 (2010), reversing adjudication and dispositional orders signed on 25 November 2009 and filed on 30 November 2009 by Judge Carol A. Jones-Wilson in District Court, Sampson County, and remanding to the trial court for further proceedings. Heard in the Supreme Court 16 November 2010.

*Warrick and Bradshaw, P.A., by Frank L. Bradshaw; and Northen Blue, LLP, by Samantha H. Cabe, for petitioner-appellant Sampson County Department of Social Services.*

*Ryan McKaig for respondent-appellee mother.*

PER-CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.

**CUMMINGS v. ORTEGA**

[364 N.C. 598 (2010)]

| | | |
|---|---|---|
| PENNY CUMMINGS | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AGNES ORTEGA, M.D. and WOMEN'S | ) | |
| HEALTH CARE SPECIALISTS | ) | |

No. 417P10

The defendant's Petition for Discretionary Review is allowed on the following issue only: "Did the trial court err by relying on evidence contained within juror affidavits to grant plaintiff a new trial?"

By order of the Court in Conference, this 15th  day of December, 2010.

<u>Hudson, J.</u>
For the Court

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| 009P10 | State v. Michael Andrew Roughton | 1. State's Motion for Temporary Stay (COA09-536) | 1. Allowed **01/12/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 013P10 | State v. Robert MacFarlane Davison | State's PDR Under N.C.G.S. § 7A-31 (COA09-212) | Denied |
| 047P02-13 | George W. Baldwin v. Fay Daniels, Superintendent, et al. | Plt's *Pro Se* PWC to Review Order of COA (COAP08-125) | Denied |
| 055P02-7 | State v. Henry Ford Adkins | Def's *Pro Se* PWC to Review Order of COA | Denied |
| 059P10-2 | Horace K. Pope, Jr., Employee v. John Manville, Employer and St. Paul Travelers Indemnity Company, Carrier | Def's Motion for Temporary Stay (COA09-281-2) | Allowed **10/11/10** |
| 064P10 | State v. Kenneth Dilvern Rogers | 1. Def's *Pro Se* Motion for Petition for Discretionary Review (COA08-1344) | 1. Denied |
| | | 2. Def's *Pro Se* Motion for PWC and/or Any Other Available Relief Pursuant to the All Writs Act | 2. Denied |
| 088P05-3 | State v. Gay Eugene Blankenship | Def's *Pro Se* Petition for Writ of Habeas Corpus (COAP09-588) | Denied **Hudson, J., Recused** |
| 112P10 | Hazel Hawkins, as Personal Repres. of the Estate of Neal Hawkins, Jr., Deceased and as Personal Representative of Statutory Beneficiaries v. SSC Hendersonville Operating Company, LLC d/b/a The Brian Center Health & Rehab.-Hendersonville | 1. Plt-Appellant's Motion for Temporary Stay | 1. Allowed **03/17/10** |
| | | 2. Plt-Appellant's Petition for Writ of Supersedeas | 2. |
| | | 3. Plt-Appellant's PDR | 3. |
| 118P96-3 | State v. Thomas Franklin Cross, Jr. | Def's PWC to Review Order of COA (COAP10-644) | Dismissed |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| 143P10 | State v. Andre Pertiller | Def's *Pro Se* PDR (COA09-88) | Denied |
|---|---|---|---|
| 160P10 | Banner Elk 10, LLC f/k/a Boone Boys, LLC, Lawrence E. Suchman, Clifford L. Suchman and Martin W. Schlosberg v. Shaunco, Inc. and Olin Wooten | Def's PWC to Review Order of COA (COA10-197) | Denied |
| 168P09-6 | State v. Clyde Kirby Whitley | 1. Def's *Pro Se* PWC to Review Order of COA (COAP09-383, COAP09-234)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 172P10 | Cary Creek Limited Partnership v. Town of Cary, N.C. | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-799) | Denied |
| 186P09-3 | Brown Brothers Harriman Trust Co. v. Anne P. Benson, et al. | 1. Plt's Motion for Petition for Issuance of Per Curiam Order Approving Court of Appeal's Holding Per Rule 2<br><br>2. Defs' (John H. Benson, Anne H. Benson, and Linley C. Benson) Motion to Vacate Order of June 16 2010 Denying Appeal<br><br>3. Defs' (John H. Benson, Anne H. Benson, and Linley C. Benson) Motion Under Rule 2 to Treat Appeal as Based on Substantial Constitutional Question | 1. Denied<br><br>2. Denied<br><br>3. Denied |
| 200P10 | State v. Gene Wayne Haymond | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1030) | Denied |
| 211P10 | State v. Thomas Lee Brennan | 1. State's Motion for Temporary Stay (COA09-1362)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's NOA Based Upon a Constitutional Question<br><br>4. State's Alternative PDR Under N.C.G.S.§ 7A-31 | 1. Allowed **05/21/10**<br><br>2.<br><br>3.<br><br>4. |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| 217P10 | In the Matter of: S.T.F. | 1. Respondent's *Pro Se* (Monika Frederic) NOA Based Upon A Constitutional Question (COA09-1569) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Respondent's *Pro Se* (Monika Frederic) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 219P10 | State v. Phillip Anderson Williams | 1. Def's PWC to Review Order of Guilford County Superior Court | 1. Dismissed |
| | | 2. Def's Motion to File Reply to State's Response to PWC | 2. Dismissed as Moot |
| | | 3. State's Motion to Strike Contents of Def's Motion | 3. Dismissed as Moot |
| 226P10 | Fifth Third Mortgage Co. v. Alan Miller, Phyllis A. Miller, BB&T and Jeff D. Rogers, Substitute | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-961) | Denied **Martin, J., Recused** |
| 230P09-2 | State v. Kelvin W. Sellars-El | Def's *Pro Se* Motion for Discretionary Review on Certification by Supreme Court (COAP10-727) | Denied |
| 235P10 | State v. John Edward Brewington | 1. State's Motion for Temporary Stay (COA09-956) | 1. Allowed **06/04/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. |
| | | 4. State's Alternative PDR | 4. |
| 245P10 | State v. Jerry Wayne Edgeworth | Def's PDR Under N.C.G.S. § 7A-31 (COA09-523) | Denied |
| 246P10 | State v. Travis D. Sauls | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP10-290) | Dismissed |
| 255P10 | Renee Crocker, Joy Waldrop, Julie Sprouse, Renee Roof v. Carson Griffin, Individually and as Director of the Transylvania Department of Social Services and Transylvania Department of Social Services and Transylvania County, a Body Politic | Plts' PDR Under N.C.G.S. § 7A-31 (COA09-1000) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| | | | |
|---|---|---|---|
| 256P10 | Julianna Simmons Henry v. Peter Axel Knudsen | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-381) | Denied |
| 260P09-2 | State v. Mack Eugene Polk, Jr. | Def's *Pro Se* Motion for Petition for Discretionary Review (COAP10-688) | Dismissed |
| 273P10 | State v. Charles D. Dickerson | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1380) | Denied |
| 278A10 | State v. Larry Wayne Rominger, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA09-855) 2. State's Motion to Dismiss Appeal | 1. —— 2. Allowed |
| 279P10 | John Allen Taylor v. Town of Garner and N.C. League of Municipalities and N.C. State University and Key Risk Management Services | Defs' PDR Under N.C.G.S. § 7A-31 (COA09-1522) | Denied |
| 280P09-5 | State v. Bobby Joe Reid, Jr. | Def's *Pro Se* Motion for En Banc Motion Compelling Summary Judgment in Regards to Exculpatory Discovery and Evidentiary Hearing (COAP09-430) | Dismissed |
| 280P09-6 | State v. Bobby Joe Reid, Jr. | Def's *Pro Se* Motion for Appeal to the Supreme Court of "En Banc Writ of Mandamus" Against Prison and State Prison FCC and DCC Board Hearings (COAP09-430) | Dismissed |
| 280P10 | State v. Tyrone Matthew Delgado | Def's PDR Under N.C.G.S. § 7A-31 (COA09-973) | Denied |
| 282P10 | Aloha E. Bryson, M.D., PhD. v. Haywood Regional Medical Center, PrimeDoc Management Services, Inc., and PrimeDoc of Haywood County, P.A. | Def's PDR Under N.C.G.S. § 7A-31 (COA09-270) | Denied |
| 283P10 | Regina Long, Widow, and Guardian ad Litem for Gage Long and Callie Long, Minor Children, of Kent Long, Deceased Employee v. City of Charlotte, Employer | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1344) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| 286P10 | Wanda B. Knight v. Lloyd H. Knight | 1. Petitioner's *Pro Se* Motion for Temporary Stay (COAP10-370) | 1. Denied **07/14/10** |
| | | 2. Petitioner's *Pro Se* Petition for Writ of Supersedeas | 2. |
| | | 3. Petitioner's *Pro Se* Motion for PDR | 3. |
| | | 4. Petitioner's *Pro Se* Petition for Writ of Prohibition | 4. Denied **07/13/10** |
| | | 5. Petitioner's *Pro Se* PWC to Review Order of COA | 5. |
| 291A10 | State v. Dominique Maurice Arthur | 1. Def's NOA Based Upon A Constitutional Question (COA09-1139) | 1. — |
| | | 2. State's *Pro Se* Motion to Dismiss Appeal | 2. Allowed |
| 293P10 | PPD Development, LP v. Cognition Pharmaceuticals, LLC | Def's PDR Under N.C.G.S. § 7A-31 (COA09-396) | Denied |
| 294P10 | Paul Ragsdale, Employee v. Lamar Outdoor Advertising, Employer and CNA Claims Plus, Carrier | Defs' PDR Under N.C.G.S. § 7A-31 (COA09-430) | Denied |
| 296A10 | State v. Durrel Jovan Palmer | Def's NOA Based Upon A Constitutional Question (COA09-1139) | Dismissed *Ex Mero Motu* |
| 299P06-2 | Mary Louise Diggs v. Forsyth Memorial Hospital, Inc. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA09-890) | 1. Denied |
| | | 2. Def's Motion to Strike Plt's "Reply to Defendant's Response to the PDR" | 2. Allowed |
| 302P10 | State v. Nathaniel Rasberry | 1. Def's *Pro Se* Motion for PDR (COAP10-384) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 305P10 | State v. Justin Santiano | 1. Def's Motion for Temporary Stay (COA09-506) | 1. Allowed **07/26/10** Dissolved the Stay **11/04/10** |
| | | 2. Def's Petition for Writ of Supersedeas | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 318P10 | Lillian M. Hayes v. Elois N. Robbins, Muriel Diane Robbins, Ronald Lee Merrick, and Donald Lee Merrick | Plt's *Pro Se* PWC to Review the Order of the COA (COAP10-371) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| | | | |
|---|---|---|---|
| 319P10 | In the Matter of: The Estate of Frances Faison Johnson | Propounder's PDR Under N.C.G.S. § 7A-31 (COA09-993) | Denied |
| 322P10 | State v. Marcus Arnell Craven | 1. State's Motion for Temporary Stay (COA09-1138) | 1. Allowed **08/05/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. |
| | | 4. State's Alternative PDR Under N.C.G.S. § 7A-31 | 4. |
| | | 5. Def's Motion toDismiss Appeal | 5. |
| | | 6. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 6. |
| 324P10 | State v. Rodney Flynn McNeill | 1. State's Motion for Temporary Stay (COA09-1585) | 1. Allowed **08/06/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 327P10 | State v. Robert Lee Pastuer | 1. State's Motion for Temporary Stay (COA09-1432) | 1. Allowed **08/06/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 331P10 | Larry D. McCann v. Town of Sparta | 1. Plt's *Pro Se* NOA Based Upon a Constitutional Question (COA10-192) | 1. — |
| | | 2. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Dismissed |
| | | 3. Def's Motion to Dismiss Appeal | 3. Allowed |
| 334P10 | State v. Jeffrey Wayne Ethridge | Def's *Pro Se* Motion for Petition for Discretionary Review | Dismissed |
| 337P10 | State v. Christopher Allan Dallas | Def's PDR (COA09-644) | Denied |
| 340P10 | State v. Derrick Young | 1. Def's *Pro Se* Motion for "Petition for Order to Prepare, Copy, Furnish, True Copy of Complete Verbatim Transcripts" | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for "Petition for Discretionary Review" | 2. Dismissed |
| 351P10 | State v. Robert Antwon Smith | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1626) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| 351PA08-2 | Robert Baxter, Employee v. Danny Nicholson, Inc., Employer Self-Insured, (Key Risk Management Services, Inc., Servicing Agent) | Def's Motion for Temporary Stay (COA07-865-2) | Allowed **10/13/10** |
|---|---|---|---|
| 352P10 | The North Carolina State Bar v. Elizabeth J. Wolfenden | Def's *Pro Se* Petition for Writ of Supersedeas (COAP10-224) | Denied **10/14/10** |
| 356A10 | State v. Derrick Lamont Watkins | 1. Def's NOA Based Upon a Constitutional Question (COA09-1502) <br><br> 2. State's Motion to Dismiss Appeal | 1. —— <br><br> 2. Allowed |
| 363P10 | Tina A. Carlton, as Personal Representative of the Estate of Adam Wayne Carlton, and Robert Brent Carlton and Tina A. Carlton, Individually v. Teresa B. Melvin, M.D., et al. | Plt's (Tina A. Carlton, as Personal Representative of the Estate of Adam Wayne Carlton) PDR Under N.C.G.S. § 7A-31 (COA09-930) | Denied |
| 367P10 | State v. Jamar Maurice Wilson | Def's PWC (COA09-1438) | Denied |
| 368P09-3 | State v. Ronnie Eugene Simpson | Def's *Pros Se* Motion for Petition for Writ of Mandamus (COA08-1059) | Denied **10/27/10** |
| 371P10 | Allen Richard Lowd v. Edmund Lloyd Reynolds, Individually and as Agent for S.T.S. of Florida, LLC, a/k/a S.T.S., LLC, and James Rolen Wheatley, Jr. | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-505) | Denied |
| 374A10 | Judy Cardwell, Employee v. Jenkins Cleaners, Inc., Employer and Midwest Employers Casualty Company, Carrier and Key Risk Insurance Company, Third-Party Administrator | North Carolina Advocates for Justice's Motion for Leave to File Amicus Brief | Allowed **10/25/10** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| 376P10 | State v. Cherron Wooten | 1. Def's Motion for Temporary Stay (COA09-1551) | 1. Allowed **09/03/10** Dissolved the Stay **11/04/10** |
| | | 2. Def's Petition for Writ of Supersedeas | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 377P10 | The Estate of Harry Kay Burgess, Jr., by the Executrix of his Estate Frances Louise Burgess, and Frances Louise Burgess in her individual capacity v. Raymond Hamrick, in his official capacity as Cleveland County Sheriff, Paul Leigh, in his individual and official capacity as a Sheriff's Deputy of Cleveland County, and Liberty Mutual Group, Inc., d/b/a Liberty Mutual Insurance Company | Plts' PDR Under N.C.G.S. § 7A-31 (COA09-1690) | Denied |
| 378P10 | William Brattain, Employee v. Nutri-Lawn, Inc., Employer, Non-Insured | Plt's *Pro Se* PWC to Review Decision of COA (COA09-377) | Denied |
| 382P10 | State v. John Lewis Wray, Jr. | 1. State's Motion for Temporary Stay (COA09-304) | 1. Allowed **09/07/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 383P10 | State v. Ludenia Danielle Archie | 1. Def's NOA Based Upon a Constitutional Question (COA09-434) | 1. Dismissed as Moot |
| | | 2. Def's PDR UnderN.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion toDismiss Appeal | 3. Allowed |
| 385P10 | State v. Daniel Wayne Scott | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1668) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| 386P10 | State v. Paul Brantley Lewis | 1. State's Motion for Temporary Stay (COA08-1595) | 1. Allowed **09/07/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's NOA Based Upon a Dissent | 3. |
| | | 4. State's Alternative PDR | 4. |
| | | 5. Def's Motion to Dismiss Appeal | 5. |
| 387P10 | Donna W. Crook and William B. Crook v. KRC Management Corporation, d/b/a Kimco Realty Company and Kir Cary Limited Partnership | 1. Plts' Motion for Temporary Stay | 1. Allowed **09/07/10** Dissolved the Stay **11/04/10** |
| | | 2. Plts' Petition for Writ of Supersedeas (COA09-936) | 2. Denied |
| | | 3. Plts' PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 389P10 | Federated Financial Corporation of America v. Harold Rowell, Individually and d/b/a Harold's Plumbing | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA10-282) | Denied |
| 393P10 | State v. Tyus Sentell Headen | Def's PDR Under N.C.G.S. § 7A-31 (COA09-606) | Denied |
| 394P10 | State v. Robert Lane Windsor | Def's PDR Under N.C.G.S. § 7A-31 (COA09-713) | Denied |
| 395P10 | State v. Dalia T. Harrison | 1. Def's NOA Based Upon a Constitutional Question (COA09-1334) | 1. —— |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 397P10 | Currituck Associates Residential Partnership and Currituck Club Property Owners Association, Inc. v. Coastland Corporation and James E. Johnson, Jr. | Defs' PWC to Review Decision of COA (COA09-1279) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 5 NOVEMBER 2010

| | | | |
|---|---|---|---|
| 398P10 | Louis G. Antonellis v. Cumberland County Schools Board of Education, and Dr. William C. Harrison, Superintendent, Donna Weeks, Human Resources, Jeff Jernigan, Principal | 1. Plt's *Pro Se* NOA Based Upon a Constitutional Question<br><br>2. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA09-1618) | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed |
| 399P10 | State v. John Graylon Welch | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA09-1512)<br><br>2. Def's NOA Based Upon A Constitutional Question<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. State's Motion to Dismiss Appeal | 1. Dismissed<br><br>2.<br><br>3.<br><br>4. |
| 402P10 | State v. Curtis L. Gray | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP10-622)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
| 404P10 | George Irwin, et al. v. Edward J. Sutton, et al. | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-68) | Denied |
| 407P10 | Roderick Miles, Employee v. Nano-Tex, Inc., Employer Travelers Property Casualty Company of America, Carrier | Plt's *Pro Se* PWC to Review the Order of the COA (COA10-817) | Denied |
| 413P10 | State v. William Michael Mack | Def's PDR Under N.C.G.S. § 7A-31 (COA09-672) | Denied |
| 414P10 | State v. Timothy Raynard Bivens | 1. Def's *Pro Se* Motion for Petition for Writ of Certiorari and/or any other Relief Under the Provisions of the All Writs Act (COA09-483)<br><br>2. Def's *Pro Se* Motion for the appointment of Counsel | 1. Denied<br><br><br><br>2. Dismissed as Moot |
| 421P10-2 | State v. Robert Alan Lillie | Def's *Pro Se* Motion for Reconsideration (COAP10-650) | Dismissed |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

FILED 5 NOVEMBER 2010

| 423A10 | State v. Benzion Biber | 1. State's NOA (Dissent) (COA09-331) | 1. —— |
| | | 2. State's Motion for Temporary Stay (COA09-331) | 2. Allowed **09/27/10** |
| | | 3. State's Petition for Writ of Supersedeas | 3. Allowed **09/27/10** |
| | | 4. State's PDR as to Additional Issues | 4. Allowed |
| | | 5. State's Motion to Amend State's PDR to Include Additional Authority | 5. Dismissed as Moot |
| 424P10 | State v. Carlos D. McCombs | Def's *Pro Se* Motion for Petition for Discretionary Review (COA10-602) | Dismissed |
| 427P10 | State v. Lorenzo Richardson | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP10-175) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Petition for Discretionary Review | 2. Dismissed |
| 428P10 | State v. James Ira Milling, III | Def's *Pro Se* Motion for Petition for Discretionary Review (COA09-1216) | Denied |
| 440P10 | State v. Thomas Wayne Livengood | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1414) | Denied |
| 442P10 | Griggs & Co. Homes, Inc. v. Linda Sharp<br><br>Linda Sharp v. D. Ken Griggs, Deborah Griggs, Town of Kitty Hawk, North Carolina, James L. Harrison, T/A Island Design and Scott Newbern | Def and Third-Party Plt's *Pro Se* Motion for Petition for Discretionary Review (COA10-802) | Dismissed |
| 446P10 | State v. Andre McCray, a/k/a Andre L. McRae | Def's *Pro Se* PWC to Review Order of COA (COAP09-505) | Dismissed |
| 447P10 | State v. Thomas Randall McLaughlin | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA09-1418) | Denied |
| 448PA09 | State v. Kenny Bowditch, Kenneth Edward Plemmons, Mark Waters | Def's Motion to Stay Issuance of Mandate | Denied **10/12/10** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

FILED 5 NOVEMBER 2010

| 449P10 | State v. Ricky Jabar McCoy | 1. State's Motion for Temporary Stay (COA10-10) | 1. Allowed **10/20/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 450P10 | State v. Matthew Edward McCormick | Def's *Pro Se* Motion for Petition for Discretionary Review (COAP09-277) | Dismissed |
| 451P10 | Willard Warren v. Alvin W. Keller, Jr., Secretary, Department of Corrections and Cliff Johnson, Administrator, Craggy Correctional Institution | Plt's Petition for Writ of Habeas Corpus | Denied |
| 452P10 | William Baggett v. Alvin W. Keller, Jr., Secretary, Department of Corrections and Joseph Hall, Administrator, Harnett Correctional Institution | Plt's Petition for Writ of Habeas Corpus | Denied |
| 453P10 | James Powell v. Alvin W. Keller, Jr., Secretary, Department of Corrections and Sandra Thomas, Administrator, Lumberton Correctional Institution | Plt's Petition for Writ of Habeas Corpus | Denied |
| 454P10 | LeRoy Richardson v. Alvin W. Keller, Jr., Secretary, Department of Corrections and Herbert Jackson, Administrator, Brown Creek Correctional Institution | Plt's Petition for Writ of Habeas Corpus | Denied |
| 455P10 | David Lee Dollar v. Alvin W. Keller, Jr., Secretary, Department of Corrections and David Mitchell, Administrator, Mountain View Correctional Institution | Plt's Petition for Writ of Habeas Corpus | Denied |

| 458P10 | State v. Nakia Nickerson | 1. State's Motion for Temporary Stay (COA09-1511) | 1. Allowed **10/25/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 460P10 | James Powell v. Alvin W. Keller, Jr., Secretary, Department of Corrections and Sandra Thomas, Administrator, Lumberton Correctional Institution | Plt's Petition for Writ of Habeas Corpus | Denied |
| 461P10 | Joseph Seaborn v. Alvin W. Keller, Jr., Secretary, Department of Corrections and Oliver Washington, Administrator, Tillery Correctional Center | Plt's Petition for Writ of Habeas Corpus | Denied |
| 462P10 | Larry Waddell v. Alvin W. Keller, Jr., Secretary, Department of Corrections and Herbert Jackson, Administrator, Brown Creek Correctional Institution | Plt's Petition for Writ of Habeas Corpus | Denied |
| 463P10 | Barry Holcomb v. Alvin W. Keller, Jr., Secretary, Department of Corrections and Butch Jackson, Administrator, Nash Correctional Institution | Plt's Petition for Writ of Habeas Corpus | Denied |
| 468P10 | Damon Owens-Bey v. State of North Carolina et al, Department of Correction et al, and Caswell Correctional Facility, et al | Plt's *Pro Se* Motion for Petition for Writ of Habeas Corpus | Denied |

Disposition of Petitions for Discretionary Review Under G.S. 7A-31
Filed 5 November 2010

| 477P10 | In the Matter of: K.D.L. | 1. State's Motion for Temporary Stay (COA09-1653) | 1. Allowed **11/04/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 495P09 | State v. Rodney Labrinth Miller | 1. Def's NOA Based Upon a Constitutional Question (COA09-623) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 499P06-6 | In Re: Arthur O. Armstrong | 1. Plt's *Pro Se* Motion for Petition for Writ of Mandamus | 1. Dismissed |
| | | 2. Plt's *Pro Se* Motion for Leave to File Motion to reopen Case | 2. Dismissed |
| | | 3. Plt's *Pro Se* Motion for Leave to File Supplemental Complaint | 3. Dismissed |
| | | 4. Plt's *Pro Se* Motion for Leave to File Motion for Summary Judgment, With Supporting Affidavit and Documentation | 4. Dismissed |
| 525A07 | State v. Byron Lamar Waring | Def's Motion to Allow Filing of Supplemental Brief | Allowed |
| 531A00-3 | State v. David Gainey | State's PWC to Review Order of Harnett County Superior Court | Denied |
| 589A01-2 | State v. Ronnie Lane Stancil | Def's *Pro Se* PWC to Review Order of COA | Dismissed |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 15 DECEMBER 2010

| 009P10 | State v. Michael Andrew Roughton | 1. State's Motion for Temporary Stay (COA09-536) | 1. Allowed **01/12/10** Dissolved the Stay **12/15/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 055P02-8 | State v. Henry Ford Adkins | Def's Motion for Petition for Writ of Mandamus | Denied |
| 059P10-2 | Horace K. Pope, Jr., Employee v. Johns Manville, Employer and St. Paul Travelers Indemnity Company, Carrier | 1. Defs' Motion for Temporary Stay (COA09-281-2) | 1. Allowed **10/11/10** |
| | | 2. Defs' Petition for Writ of Supersedeas | 2. |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 (COA09-571) | 3. |
| | | 4. North Carolina Association of Defense Attorneys' Motion for Leave to File Amicus Brief | 4. |
| 112P10 | Hazel Hawkins, as Personal Repres. of the Estate of Neal Hawkins, Jr., Deceased and as Personal Representative of Statutory Beneficiaries v. SSC Hendersonville Operating Company, LLC d/b/a The Brian Center Health & Rehab. Hendersonville | 1. Plt-Appellant's Motion for Temporary Stay | 1. Allowed **03/17/10** |
| | | 2. Plt-Appellant's Petition for Writ of Supersedeas | 2. |
| | | 3. Plt-Appellant's PDR | 3. |
| 114A10 | State v. Kenneth Bernard Davis | 1. Def's NOA Based Upon A Constitutional Question (COA09-278) | 1. |
| | | 2. State's Motion to Dismiss Appeal | 2. |
| | | 3. Def's Motion to File Motion for Appropriate Relief Pursuant to the All Writs Act | 3. Dismissed |
| 131P10 | Jan Britt Lynn, Plaintiff v. James Gregory Lynn, et al. Defendant and James Gregory Lynn, Third Party Plaintiff v. Penny W. Lynn, et al., Third Party Defendants | Third Party Defs' PDR Under N.C.G.S. § 7A-31 (COA09-556) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 15 DECEMBER 2010

| 155P10 | State v. Kenneth Bernard Davis | Def's Motion for Appropriate Relief and for any other Available Relief Pursuant to the All Writs Act | Dismissed |
|---|---|---|---|
| 196P10 | Brenda Jane Mace v. Monty Pyatt, Charles Cameron Flack, and Wade E. Flack | 1. Def's (Charles Flack) PDR Under N.C.G.S. § 7A-31 (COA09-569)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 211P10 | State v. Thomas Lee Brennan | 1. State's Motion for Temporary Stay (COA09-1362)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's NOA Based Upon a Constitutional Question<br><br>4. State's Alternative PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/21/10**<br><br>2.<br><br>3.<br><br>4. |
| 214P10 | State v. Christopher Wayne Johnson | 1. Def's Motion for PDR (N.C.G.S. Sec. 7A-31) (COA09-696)<br><br>2. Def's Motion for Extension of Time to File Motion for Appropriate Relief<br><br>3. Def's Motion for Appropriate Relief | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 235P10 | State v. John Edward Brewington | 1. State's Motion for Temporary Stay (COA09-956)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's NOA Based Upon a Constitutional Question<br><br>4. State's Alternative PDR | 1. Allowed **06/04/10**<br><br>2.<br><br>3.<br><br>4. |
| 244P10 | Hope-A Women's Cancer Center, P.A. and Raleigh Orthopaedic Clinic, P.A. v. State of NC, et al. | 1. Plts' NOA Based Upon A Constitutional Question (COA09-844)<br><br>2. Plts' PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| 248P10 | Lavern Irwin v. Judy H. Sills | 1. Plt's PWC to Review Order of COA (COAP10-298)<br><br>2. Plt's Motion for Leave to File Forma Pauperis<br><br>3. Plt's Motion for Leave to Supplement Petition for Writ of Certiorari | 1. Dismissed<br><br>2. Allowed<br><br>3. Allowed |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 15 DECEMBER 2010

| | | | |
|---|---|---|---|
| 275P10 | The NC State Bar v. Rachel Lea Hunter | 1. Def's NOA Based Upon A Constitutional Question (COA09-1014) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Josiah Neely's Motion to be Admitted *Pro Hac Vice* | 3. Allowed |
| | | 4. James Bopp, Jr.'s Motion to be Admitted *Pro Hac Vice* | 4. Allowed |
| | | | **Martin, J., Recused Newby, J., Recused** |
| 276P10 | Warren Follum v. N.C. State University | 1. Plt's NOA Based Upon A Constitutional Question (COA09-1466) | 1. —— |
| | | 2. Plt's Alternative Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's Motion to Dismiss Appeal | 3. Allowed |
| 286P10 | Wanda B. Knight v. Lloyd H. Knight | 1. Petitioner's Motion for Temporary Stay (COAP10-370) | 1. Denied **07/13/10** |
| | | 2. Petitioner's Petition for Writ of Supersedeas | 2. Denied |
| | | 3. Petitioner's Motion for PDR | 3. Dismissed |
| | | 4. Petitioner's Petition for Writ of Prohibition | 4. Denied **07/13/10** |
| | | 5. Petitioner's PWC to Review Order of COA | 5. Denied |
| 320P10 | Jerry Owen v. Haywood County, Haywood Board of Commissioners, Haywood County Sheriff's Department, Sheriff Tom Alexander, Mike Shuler, Mark Williams | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-929) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 15 DECEMBER 2010

| 322P10 | State v. Marcus Arnell Craven | 1. State's Motion for Temporary Stay (COA09-1138) | 1. Allowed **08/05/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. |
| | | 4. State's Alternative PDR Under N.C.G.S. § 7A-31 | 4. |
| | | 5. Def's Motion to Dismiss Appeal | 5. |
| | | 6. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 6. |
| 324P10 | State v. Rodney Flynn McNeill | 1. State's Motion for Temporary Stay (COA09-1585) | 1. Allowed **08/06/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 325P10 | Ernest Thames v. N.C. Department of Correction | Plt's Motion for Petition for Writ of Certiorari (COA09-1376) | Denied |
| 327P10 | State v. Robert Lee Pastuer | 1. State's Motion for Temporary Stay (COA09-1432) | 1. Allowed **08/06/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 333P10 | State v. Alfredo Alvardo | 1. Def's Motion for Notice of Belated Appeal (COA09-428) | 1. Denied |
| | | 2. Def's Motion for Petition for Discretionary Review | 2. Denied |
| 336P10 | In re: P.C.H. | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA10-148) | Denied |
| 342P10 | State v. Jeremy Lee Ebersole | Def's Motion for PDR (N.C.G.S. Sec. 7A-31) (COA09-617) | Denied |
| 344P10 | Tareek Dubose v. North Carolina Department of Correction | Plt's PDR Under N.C.G.S. § 7A-31 (COA09-571) | Denied **Hudson, J., Recused** |
| 345P10 | In the Matter of: D.R.F., A Minor Child | 1. Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA09-1716) | 1. Denied |
| | | 2. Respondent's (Father) PDR Under N.C.G.S. § 7A-31 | 2. Dismissed |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

FILED 15 DECEMBER 2010

| 348P10 | Ernest Todd Woodlift, Employee v. Thomas Fitzpatrick, d/b/a Custom Woodwork Unlimited, Employer (Non-Insured) and Thomas Fitzpatrick, Individually | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA09-1447)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Dismiss Appeal<br><br>4. Plt's Motion to Convert PDR into a Writ of Certiorari | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Dismissed as Moot<br><br>4. Allowed |
|---|---|---|---|
| 351PA08-2 | Robert Baxter, Employee v. Danny Nicholson, Inc., Employer Self-Insured, (Key Risk Management Services, Inc., Servicing Agent) | 1. Def's Motion for Temporary Stay (COA07-865-2)<br><br><br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion to Withdraw PDR and Petition for Writ of Supersedeas | 1. Allowed<br>**10/13/10**<br>Dissolved the Stay<br>12/15/10<br><br>2. Dismissed as Moot<br><br>3. Dismissed as Moot<br><br>4. Allowed |
| 357P10 | Da Dai Mai v. Carolina Holdings, Inc. And R. Gregory Tomchin, Substitute Trustee | 1. Def's (Carolina Holdings, Inc.) NOA Based Upon A Constitutional Question (COA09-1685)<br><br>2. Def's (Carolina Holdings, Inc.) PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 358P10 | Katherine M. McCraw, et al. v. George W. Aux, Jr. Individually, and George W. Aux, Jr. Trust Dated November 8, 2006 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA09-1238)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' Motion to Dismiss Appeal | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Dismissed Without Prejudice to Refile in Trial Court |
| 360A10 | State v. William Lee Pait, Jr. | 1. Def's NOA Based Upon A Constitutional Question (COA09-870)<br><br>2. State's Motion to Dismiss Appeal | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed as Moot |
| 369PA10 | In the Matter of J.H.K. and J.D.K. | 1. Motion by Janet Ledbetter to Withdraw as Counsel<br><br>2. Respondent's Motion for Extension of Time to File Brief | 1. Allowed<br>**11/23/10**<br><br>2. Allowed<br>**11/23/10** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 15 DECEMBER 2010

| 372P10 | Randy Lee Duckworth, Employee v. SGL Carbon, Employer and ACE USA/ESIS, Carrier | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1100) | Denied |
|---|---|---|---|
| 379P10 | State v. Ralph Franklin Fredrick | Def's Motion for Petition for Re-Hearing Because of the Premature Dismissal of his Petition for a Sentence Correction Without Allowing the Petitioner the Opportunity to Respond in Violation of His Constitutional Rights (COAP10-584) | Dismissed |
| 381P10-2 | State v. David E. Simpson | 1. Def's Petition for Writ of Habeas Corpus<br><br>2. Def's Motion to Proceed In Forma Pauperis | 1. Denied **12/14/10**<br><br>2. Allowed **12/14/10** |
| 382P10 | State v. John Lewis Wray, Jr. | 1. State's Motion for Temporary Stay (COA09-304)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **09/07/10**<br><br>2.<br><br>3. |
| 384P10 | State v. Keith Ray Smith | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1393) | Denied |
| 386P10 | State v. Paul Brantley Lewis | 1. State's Motion for Temporary Stay (COA08-1595)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's NOA Based Upon a Dissent<br><br>4. State's Alternative PDR<br><br>5. Def's Motion to Dismiss Appeal | 1. Allowed **09/07/10**<br><br>2.<br><br>3.<br><br>4.<br><br>5. |
| 392P10 | Dorothy Harris v. Clarence Barefoot, Lucia Castaldo, and Richard Clyde, Jointly and Severally | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA09-1313)<br><br>2. North Carolina State Association of Letter Carriers' Motion for Leave to File Amicus Brief | 1. Denied<br><br>2. Dismissed as Moot |
| 399P10 | State v. John Graylon Welch | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA09-1512)<br><br>2. Def's NOA Based Upon A Constitutional Question<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. State's Motion to Dismiss Appeal | 1. Dismissed<br><br>2.<br><br>3.<br><br>4. |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 15 DECEMBER 2010

| | | | |
|---|---|---|---|
| 408P10 | State v. Dave Anthony Hudson | Def's Motion for PDR Under N.C.G.S. § 7A-31 (COA09-1421) | Denied |
| 411P10 | Yaodong Ji v. City of Raleigh, NC; Supervisor of Special Victims Unit, Raleigh Police Department; Donna G. Bean | 1. Plt's NOA Based Upon A Constitutional Question (COA09-1026)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 415P10 | Pierce Butler Irby, III and wife, Cindy Baker Irby v. Gail Wilkins Freese f/k/a Gail Brinn Wilkins, and Joseph P. Clark, Trustee for Truliant Federal Credit Union | Defs' PDR Under N.C.G.S. § 7A-31 (COA09-571) | Denied |
| 416PA08-2 | Julia Catherine Boseman v. Melissa Ann Jarrell and Melissa Ann Jarrell v. Julia Catherine Boseman, et al. | Def/Third-Party Plt's Motion for Extension of Time to File Reply Briefs | Allowed |
| 417P10 | Penny Cummings v. Agnes Ortega, MD and Women's Health Care Specialists | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1491) | See Special Order Page 598 |
| 427P10-2 | State v. Lorenzo Richardson | Def's PWC to Review Order of CQA (COAP10-175) | Dismissed |
| 430P10 | State v. James Lee Spellman | 1. Def's NOA Based Upon A Constitutional Question (COA09-1636)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| 431P10 | State v. Kenneth Thomas Forte | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1591) | Denied |
| 432P10 | State v. Ronell Michael Bettis | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1345) | Denied |
| 435A96-5 | State v. Walic Christopher Thomas | 1. Def's Motion to Stay Petition for Writ of Certiorari<br><br>2. Def's PWC to Review Decision of Superior Court of Guilford County<br><br>3. Def's Motion to Withdraw All Appeals | 1.<br><br>2.<br><br>3. Dismissed |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
FILED 15 DECEMBER 2010

| 441P92-4 | State v. Johnnie L. Harrington | Def's Petition for Writ of Habeas Corpus | Denied 11/22/10 |
|---|---|---|---|
| 445P10 | In the Matter of: S.R. and N.R. | Respondent's PDR Under N.C.G.S. § 7A-31 (COA10-337) | Denied |
| 449P10 | State v. Ricky Jabar McCoy | 1. State's Motion for Temporary Stay (COA10-10) | 1. Allowed 10/20/10 Dissolved the Stay 12/15/10 |
| | | 2. State's Petition for Writ of Supersedeas | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 456P10 | State v. Brian Anthony Reavis | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1425) | Denied |
| 458P10 | State v. Nakia Nickerson | 1. State's Motion for Temporary Stay (COA09-1511) | 1. Allowed 10/25/10 Dissolved the Stay 11/30/10 |
| | | 2. State's Petition for Writ of Supersedeas | 2. Dismissed as Moot 11/30/10 |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Dismissed as Moot 11/30/10 |
| | | 4. State's Motion to Withdraw PDR and Petition for Writ of Supersedeas | 4. Dismissed as Moot 11/30/10 |
| | | 5. State's Motion for Temporary Stay | 5. Allowed 11/30/10 |
| | | 6. State's Petition for Writ of Supersedeas | 6. |
| | | 7. State's PDR Under N.C.G.S. § 7A-31 | 7. |
| 467P10 | State v. Gary Allen Lee | 1. Def's NOA Based Upon A Constitutional Question (COA09-1533) | 1. —— |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 469P10 | State v. Cory L. Melvin | 1. Def's PWC to Review Order of COA (COAP10-473) | 1. Dismissed |
| | | 2. Def's Motion to Appoint Counsel | 2. Dismissed as Moot |
| | | 3. Def's Motion to Proceed In Forma Pauperis | 3. Allowed |

| 473P10 | State v. Terrance Deon Johnson | 1. Def's NOA Based Upon A Constitutional Question (COA10-143) | 1. —— |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 474P09 | State v. Kelly Leianne Mangino | 10 Def's NOA Based Upon A Constitutional Question (COA08-1555) | 1. —— |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 475P10 | State v. Eric S. Mullis | Def's Motion for PDR (COAP10-702) | Dismissed |
| 477P10 | In the Matter of: K.D.L. | 1. State's Motion for Temporary Stay (COA09-1653) | 1. Allowed **11/04/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 479P10 | State v. Elijah Omar Nabors | 1. State's Motion for Temporary Stay (COA10-176) | 1. Allowed **11/05/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 482P10 | State v. Rodney McDonald Williams, Jr. | 1. Def's Motion for Petition for Writ of Habeas Corpus and Testificandum | 1. Denied **11/23/10** |
| | | 2. Def's Motion to Proceed In Forma Pauperis | 2. Allowed **11/23/10** |
| 483P10 | State v. Dennis Wayne Shaw | Def's PDR Under N.C.G.S. § 7A-31 (COA09-1096) | Denied |
| 486P10 | Phyllis Dianne Smith v. Teachers' and State Employees' Retirement System, et al. | Plt's PDR Prior to Determination by the COA | Denied |
| 487P10 | State v. Jonathan Matthew Gould | Def's PDR Under N.C.G.S. § 7A-31 (COA10-194) | Denied |
| 490P10 | State v. Larry Dean Mintz | Def's Motion for PDR (COA08-1075) | Denied |
| 504P10 | State v. Joe Nathan Brown | Def's PWC to Review Decision of COA (COA10-15) | Denied |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

FILED 15 DECEMBER 2010

| 505P10 | State v. David Franklin Hurt | 1. State's Motion for Temporary Stay (COA09-942) | 1. Allowed **11/30/10** |
| | | 2. State's Petition for Writ of Supersedeas | 2. |
| | | 3. State's Petition in the Alternative for Discretionary Review Under N.C.G.S. § 7A-31 | 3. |
| 544P07-2 | State v. Lisa Louise Greene | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA09-1327) | 1. Denied |
| | | 2. State's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |